IN THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| DANIEL COSTA, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff,<br><br>-vs-<br><br>AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS,<br><br>Defendant. | Case No. 3:25-cv-00061-MGL |

Counsel for the Plaintiff in the above-captioned matter, hereby affirms that Defendant **American-Amicable Life Insurance Company of Texas** was served on **January 17, 2025** with a copy of the **Summons & Complaint**, by Hand Delivery by filing the attached Affidavit of Service.

Respectfully submitted,

                                   DAVE MAXFIELD, ATTORNEY, LLC

By:   s/ Dave Maxfield_____
        David A. Maxfield, Esq., Fed ID 6293
        P.O. Box 11865
        Columbia, SC 29211
        803-509-6800
        855-299-1656 (fax)
        dave@consumerlawsc.com

        Anthony I. Paronich *(Subject to Pro Hac Vice)*
        PARONICH LAW, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        (508) 221-1510
        anthony@paronichlaw.com
        *Attorneys for Daniel Costa*

DATED: January 27, 2025

Columbia, South Carolina