# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| DANIEL COSTA, individually and on behalf of a classof all persons and entities similarly situated,<br><br>*Plaintiff*<br><br>v.<br><br>AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 3:25-cv-00061-MGL<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Shannon Jackson, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to American-Amicable Life Insurance Company of Texas in McLennan County, TX on January 17, 2025 at 3:43 pm at 425 Austin Avenue, Waco, TX 76701 by leaving the following documents with Darla Schaffer who as CFO, American Amicable Life Ins Co is authorized by appointment or by law to receive service of process for American-Amicable Life Insurance Company of Texas.

Summons and Complaint

Additional Description:
Document delivered to Darla Schaffer, who as CFO of American Amicable Life Insurance Company, authorized to accept documentation.

White Female, est. age 55-64, glasses: N, Brown hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=31.5570273391,-97.1317072634
Photograph: See Exhibit 1

Page 2

Total Cost: $119.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in McLennan County, TX on January 23, 2025

Signature _____ PSC-22062
Shannon Jackson
+1 (254) 715-0366



