IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | | |
|---|---|---|
| Daniel Costa, individually and on behalf of a class of all persons and entities similarly situated, | ) ) ) ) | Civil Action No. 3:25-cv-00061-MGL |
| Plaintiff, | ) ) | |
| vs. | ) ) | **NOTICE OF APPEARANCE OF MORGAN B. THOMPSON** |
| American-Amicable Life Insurance Company of Texas, | ) ) ) | |
| Defendant. | ) ) ) | |

Morgan B. Thompson hereby respectfully enters her notice of appearance as additional counsel of record in the above-referenced action for American-Amicable Life Insurance Company of Texas.

Respectfully submitted on March 12, 2024.

/s/ Morgan B. Thompson
Morgan B. Thompson
Federal Bar No. 14430
D. Larry Kristinik
Federal Bar No. 5744
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
(803) 799-2000
Larry.kristinik@nelsonmullins.com
Morgan.thompson@nelsonmullins.com